# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19-cv-116-FDW

| | | |
|---|---|---|
| JAMES ANTHONY BARNETT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JEFFREY DEAN PATANE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on initial review of Plaintiff's Complaint, filed under 42 U.S.C. § 1983, (Doc. No. 1).

On January 30, 2019, *pro se* Plaintiff filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 that was docketed in case number 1:19-cv-48-FDW. He named Physician Assistant Dean Patane as the sole Defendant and alleged that, between late July 2018 through November 14, 2018, Patane refused to treat him for a serious and painful medical condition, idiopathic ischemic stuttering priapism.

Plaintiff filed a new § 1983 Complaint on April 2, 2019 in the instant case, (Doc. No. 1). It was not entitled "Amended Complaint" and did not refer to case number 1:19-cv-48-FDW. Accordingly, it was opened in the instant new civil case. The Complaint alleges failure to treat his idiopathic ischemic stuttering priapism and urine retention during an incident in September, 2018, against Patane, Licensed Practical Nurse Keisha W. O'Keefe, and Registered Nurse Tamara L. Allen.

It is apparent that Plaintiff intended the April 2 pleading to serve as his Amended

1

Complaint in case number 1:19-cv-48-FDW.[1]

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk is instructed to docket the Complaint, (Doc. No. 1), as the Amended Complaint in case number 1:19-cv-48-FDW.
2. The Clerk of Court is further instructed to docket the Proposed Summonses, (Doc. No. 5), and Prisoner Administrative Remedy Statement, (Doc. No. 7), in case number 1:19-cv-48-FDW.
3. The Clerk of Court is instructed not to enter an order requiring partial payment of the filing fee in this case.
4. The Clerk is instructed to close the instant case.

Signed: May 30, 2019

_____
Frank D. Whitney
Chief United States District Judge

---

[1] If the Complaint in the instant case was not intended to amend the Complaint in case number 1:19-cv-48, this case would be dismissed as duplicative.